WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel./Fax:  212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
THOMAS B. MAYHEW, State Bar No. 183539
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel./Fax:  415.954.4400/4480
NGoteiner@fbm.com
TMayhew@fbm.com

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 12-CV-6003-CRB<br><br>**ORDER DENYING PLAINTIFF COPELAND'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12(b)** |
| **This motion also relates to:** | |
| A.J. COPELAND,<br><br>           Plaintiff,<br><br>     v.<br><br>LÉO APOTHEKER; MARGARET C. WHITMAN; RAYMOND J. LANE; MARC L. ANDREESSEN; SHUMEET BANERJI; RAJIV L. GUPTA; JOHN H. HAMMERGREN; ANN M. LIVERMORE; GARY M. REINER; PATRICIA F. RUSSO; G. KENNEDY THOMPSON; RAYMOND E. OZZIE; JAMES A. SKINNER; ROBERT R. BENNETT; RALPH V. WHITWORTH; and MICHAEL R. LYNCH, | CASE NO.:  14-CV-00622-DMR |

[PROPOSED] ORDER DENYING COPELAND'S
ADMIN. MOT. TO RELATE CASE
NOS. 12-CV-6003-CRB AND 14-CV-00622-DMR

1         Defendants,        )
                                       )
2     – and –               )
                                       )
3 HEWLETT-PACKARD COMPANY,  )
                                       )
4 Nominal Defendant.        )
                                       )
5 _____)

[PROPOSED] ORDER DENYING COPELAND'S
ADMIN. MOT. TO RELATE CASE
NOS. 12-CV-6003-CRB AND 14-CV-00622-DMR

1  This matter came before the Court on Plaintiff Copeland's Administrative Motion
2  Pursuant to Civil L.R. 3-12(b).  The Court, having considered the papers in support of and in
3  opposition to the Motion, the pleadings and file in this action, and all other matters properly
4  before the Court, being fully advised in the proceedings, and for good cause appearing:

5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Copeland's
6  Administrative Motion Pursuant to Civil L.R. 3-12(b) is DENIED.

7  IT IS SO ORDERED.

8
9  DATED:  February 24, 2014

   HONORABLE CHARLES R. BREYER
   United States District Judge

[PROPOSED] ORDER DENYING COPELAND'S         1
ADMIN. MOT. TO RELATE CASE
NOS. 12-CV-6003-CRB AND 14-CV-00622-DMR