UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| A. J. COPELAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEO APOTHEKER, et al.,<br><br>　　　　　Defendants. | Case No.  5:14-cv-00622-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 21), the court orders as follows:

1.　Plaintiff shall file an amended complaint on or before **February 24, 2016**.

2.　Defendants shall file a response to the amended complaint within 21 days of the date the pleading is filed.

3.　The Case Management Conference scheduled for January 28, 2016, is CONTINUED to **10:00 a.m. on April 14, 2016**.  The parties shall file an updated Joint Case Management Conference Statement on or before **April 7, 2016.**

**IT IS SO ORDERED.**

Dated:  January 25, 2016

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 5:14-cv-00622-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE