1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  KATHERINE L. HENDERSON, State Bar No. 242676
   khenderson@wsgr.com
3  JESSICA L. SNORGRASS, State Bar No. 259962
   jsnorgrass@wsgr.com
4  BENJAMIN J. TOLMAN, State Bar No. 302942
   btolman@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8
   MARK J. SONNENFELD (*Pro Hac Vice*)
9  msonnenfeld@morganlewis.com
   KAREN A. PIESLAK POHLMANN (*Pro Hac Vice*)
10 kpohlmann@morganlewis.com
   MORGAN, LEWIS & BOCKIUS LLP
11 1701 Market Street
   Philadelphia, PA 19103-2921
12 Telephone:  (215) 963-5000
   Facsimile:   (215) 963-5001
13
   Attorneys for Nominal Defendant
14 HP Inc. (formerly known as Hewlett-Packard
   Company)
15
                    UNITED STATES DISTRICT COURT
16                  NORTHERN DISTRICT OF CALIFORNIA

17 | A.J. COPELAND,                                  | CASE NO.:  5:14-cv-00622-EJD
18 |          Plaintiff,                             | **JOINT REQUEST FOR DISMISSAL OF ACTION**
19 |     v.                                          |
20 | LEO APOTHEKER, MARGARET C.                      | Courtroom 1, 5th Floor
   | WHITMAN, RAYMOND J. LANE, MARC L.               | Before: Hon. Edward J. Davila
21 | ANDREESEN, SHUMEET BANERJI, RAJIV L.             | Date Action Filed: Feb. 10, 2014
   | GUPTA, JOHN H. HAMMERGREN, ANN M.                | Trial Date: None Set
22 | LIVERMORE, GARY M. REINER, PATRICIA             |
   | F. RUSSO, G. KENNEDY THOMPSON,                  |
23 | RAYMOND E. OZZIE, JAMES A. SKINNER,             |
   | ROBERT R. BENNETT, RALPH V.                     |
24 | WHITWORTH, and MICHAEL R. LYNCH,                |
25 |          Defendants.                            |
26 |     – and –                                     |
27 | HEWLETT-PACKARD COMPANY, a                      |
   | Delaware corporation,                           |
28 |                                                 |
   |          Nominal Defendant.                     |

Plaintiff A.J. Copeland, Martha J. Copeland, and Nominal Defendant HP Inc. ("HP" or the "Company"),[1] by and through their undersigned counsel, hereby jointly request as follows:

WHEREAS, pursuant to the Parties' Joint Stipulation for Voluntary Dismissal, on March 4, 2016, the Court issued an Order requiring the Parties to provide notice of the proposed voluntary dismissal of the above-captioned action (the "Action") by filing a Form 8-K with the U.S. Securities and Exchange Commission ("SEC") for both Defendant Entities, which will also be accessible on the Defendant Entities' respective websites;

WHEREAS, the Court's Order also provided that, in the event no shareholder sought to intervene within thirty (30) days of issuance of the notice, this Action shall be dismissed on the terms provided for in the Stipulation and Order, with prejudice as to Plaintiff and Martha J. Copeland, except for this prejudicial bar shall not extend to the claims raised and released in *In re Hewlett-Packard Company Shareholder Derivative Litigation*, Case No. 3:12-cv-06003-CRB ("*In re HP*"), as to which Plaintiff, as Objector – Appellant, is litigating a Ninth Circuit appeal (Case No. 15-16688);

WHEREAS, the Court's Order also provided that the Defendant Entities agree that the dismissal of this Action will have no affect upon the standing of Plaintiff to pursue his objections in *In re HP* or his appeal, Case No. 15-16688;

WHEREAS, the Court's Order also provided that the voluntary dismissal shall otherwise be without prejudice and that the Parties shall bear their own fees and costs in connection with the Action;

WHEREAS, on March 8, 2016, the Defendant Entities filed Forms 8-K with the SEC, copies of which are attached hereto as **Exhibit A** and **Exhibit B**, and which were also made available on the Defendant Entities' respective websites;

---

[1] Hewlett-Packard Company completed a separation into two independent companies on October 31, 2015.  As part of the separation, Hewlett-Packard Company was renamed HP Inc., and the enterprise technology business, including Autonomy, was transferred to Hewlett Packard Enterprise Company.  The nominal defendant is still HP Inc.  The dismissal addressed herein applies to both HP Inc. and Hewlett Packard Enterprise Company (collectively the "Defendant Entities").

WHEREAS, no shareholder has sought to intervene in the Action since the issuance of the aforementioned notices,

THEREFORE, the Parties respectfully request that the Court issue an order dismissing the entire Action, on the terms provided for in the Court's March 4, 2016 Order, with prejudice as to Plaintiff and Martha J. Copeland, except for this prejudicial bar shall not extend to the claims raised and released in *In re Hewlett-Packard Company Shareholder Derivative Litigation,* Case No. 3:12-cv-06003-CRB as to which Plaintiff, as Objector – Appellant, is litigating a Ninth Circuit appeal (Case No. 15-16688). The Parties respectfully request that this order regarding dismissal shall otherwise be without prejudice and with the Parties bearing their own fees and costs in connection with the Action.

Respectfully submitted,

Dated: April 8, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
STEVEN M. SCHATZ
KATHERINE L. HENDERSON
JESSICA L. SNORGRASS
BENJAMIN J. TOLMAN

By: _____/s/ Steven M. Schatz_____
       Steven M. Schatz

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

MORGAN, LEWIS & BOCKIUS LLP
MARC J. SONNENFELD
KAREN A. PIESLAK POHLMANN
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

*Attorneys for Nominal Defendant
HP Inc. (formerly known as Hewlett-Packard Company)*

Dated: April 8, 2016

SHEPHERD FINKELMAN MILLER & SHAH LLP
KOLIN TANG (SBN 279834)
ROSE F. LUZON (SBN 221544)

By: _____Rose F. Luzon_____

|   |   |
|---|---|
| | Rose F. Luzon |
| | 401 West A Street, Suite 2550<br>San Diego, California 92101<br>Telephone: (619) 235-2416<br>Facsimile: (619) 234-7334 |
| | SHEPHERD FINKELMAN MILLER &<br>SHAH LLP<br>SCOTT R. SHEPHERD<br>35 East State Street<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883 |
| | GREENFIELD & GOODMAN, LLC<br>RICHARD. D. GREENFIELD<br>MARGUERITE R. GOODMAN<br>ILENE F. BROOKLER<br>ANN M. CALDWELL |
| | 250 Hudson Street, 8th Fl.<br>New York, NY 10013<br>Telephone: (917) 495-4446<br>Facsimile: (410) 745-4149 |
| | *Attorneys for Plaintiff A. J. Copeland and for Martha J. Copeland* |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Katherine L. Henderson, am the ECF User whose identification and password are being used to file the **JOINT REQUEST FOR DISMISSAL OF ACTION**.  In compliance with General Order 45.X.B, I hereby attest that each of the signatories above has concurred in this filing.

Dated:  April 8, 2016                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation


                                         By: /s/ Katherine L. Henderson
                                             Katherine L. Henderson

                                         *Counsel for Nominal Defendant*
                                         *HP Inc. (formerly known as Hewlett-Packard Company)*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 4/14, 2016

_____
Hon. Edward J. Davila
United States District Judge
Northern District of California